1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  MICHAEL MURPHY, SBN 104872
   LAW OFFICES OF MICHAEL C. MURPHY
7  2625 Townsgate Road, Suite 330
   Westlake Village, CA 91361
8  Telephone: (818) 558-3718
   Facsimile: (818) 558-3990
9
   Attorney for Defendants
10

11

12
                           UNITED STATES DISTRICT COURT
13
                          EASTERN DISTRICT OF CALIFORNIA
14

15 ROBERT DODSON,                        Case No. 2:08-cv-02915 FCD GGH

16     Plaintiff,
                                         **STIPULATION AND ORDER FOR**
17 v.                                    **DISMISSAL OF CERTAIN**
                                         **DEFENDANTS**
18 PK I SOUTHPOINTE PLAZA, LP; KIMCO
   REALITY CORPORATION; YOUNGS
19 MARKETPLACE, INC. dba SEAFOOD CITY
   SUPERMARKET; FORTUNE FOOD
20 SERVICE COMPANY dba CHOWKING;
   GRILL & GREWAL, INC. dba DENNY'S
21 #7379,

22     Defendants.
                                      /
23

24 / / /

25 / / /

26 / / /

27 / / /

28

*Dodson v. PK I Southpointe Plaza, LP, et al.*
*08-cv-02915-FCD-GGH*

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff ROBERT DODSON, and defendant, **YOUNGS MARKETPLACE, INC. dba SEAFOOD CITY SUPERMARKET, and FORTUNE FOOD SERVICE COMPANY dba CHOWKING** pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendants YOUNGS MARKETPLACE, INC. dba SEAFOOD CITY SUPERMARKET, and  FORTUNE FOOD SERVICE COMPANY dba CHOWKING *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant YOUNGS MARKETPLACE, INC. dba SEAFOOD CITY SUPERMARKET, and FORTUNE FOOD SERVICE COMPANY dba CHOWKING.

Dated: June 3, 2009                              DISABLED ADVOCACY GROUP, APLC


                                                              *s/s Lynn Hubbard, III*
                                                              LYNN HUBBARD, III
                                                              Attorney for Plaintiff

Dated: June 3, 2009                              LAW OFFICE OF MICHAEL C. MURPHY


                                                              *s/s Michael Murphy*
                                                              MICHAEL MURPHY
                                                              Attorney for Defendants

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-08-cv-02915-FCD-GGH, is hereby dismissed with prejudice **as to YOUNGS MARKETPLACE, INC. dba SEAFOOD CITY SUPERMARKET, and FORTUNE FOOD SERVICE COMPANY dba CHOWKING only.**

Dated: June 4, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE