1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com

6  Attorneys for Plaintiff Robert Dodson

   CRIS C. VAUGHAN, SBN 99568
8  VAUGHAN & ASSOCIATES
   6207 SOUTH WALNUT STREET, SUITE 800
9  Loomis, CA 95650
   Telephone: (916) 660-9401
10 Facsimile: (916) 660-9378
   Email: ccvaughan@sbcglobal.net

12 Attorney for Defendants Gill & Grewal, Inc,
   dba Denny's #7379

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:08-cv-02915-FCD-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| PK I SOUTHPOINTE PLAZA, LP; KIMCO REALITY CORPORATION; YOUNGS MARKETPLACE, INC. dba SEAFOOD CITY SUPERMARKET; FORTUNE FOOD SERVICE COMPANY dba CHOWKING; GRILL & GREWAL, INC. dba DENNY'S #7379, | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff ROBERT
3  DODSON, and defendant, **GILL & GREWAL, INC. dba DENNY'S #7379, and** pursuant
4  to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-
5  entitled action, with prejudice, **as to defendant GILL & GREWAL, INC. dba DENNY'S
6  #7379 _only._**

7  Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint
8  and claims in the above-referenced case against defendants other than defendant GILL &
9  GREWAL, INC. dba DENNY'S #7379.

12  Dated: July 13, 2009                    DISABLED ADVOCACY GROUP, APLC

14                                          _s/s Lynn Hubbard, III_
15                                          LYNN HUBBARD, III
                                            Attorney for Plaintiff Robert Dodson

17  Dated: July 13, 2009                    VAUGHAN & ASSOCIATES

19                                          _s/s Cris C. Vaughan_
20                                          CRIS C. VAUGHAN
                                            Attorney for Defendants Gill & Grewal, Inc.

1 **ORDER**

2   IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-08-cv-
3 02915-FCD-GGH, is hereby dismissed with prejudice **as to GILL & GREWAL, INC. dba**
4 **DENNY'S #7379 only.**

7 Dated: July 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE