1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com
5

6  Attorneys for Plaintiff

7

   ALANA J. GORDEE, SBN 131907
8  GORDEE, NOWICKI & ARNOLD LLP
   2010 M‍AIN S‍TREET, S‍UITE 570
9  Irvine, CA 92614
   Telephone: (949) 567-9923
10 Facsimile: (949) 567-9928
   Email: agordee@gna-law.com
11

12 Attorney for Defendants  PK I Southpointe Plaza LP
   and Kimco Realty Corporation
13

14

15
                          UNITED STATES DISTRICT COURT
16
                          EASTERN DISTRICT OF CALIFORNIA
17

18 | ROBERT DODSON,                                  | Case No. 2:08-cv-02915-FCD-GGH |

19 |     Plaintiff,                                  | **STIPULATION AND ORDER FOR DISMISSAL** |

20 | v.                                              |

21 | PK I SOUTHPOINTE PLAZA, LP; KIMCO REALITY CORPORATION; YOUNGS
22 | MARKETPLACE, INC. dba SEAFOOD CITY SUPERMARKET; FORTUNE FOOD
23 | SERVICE COMPANY dba CHOWKING; GRILL & GREWAL, INC. dba DENNY'S
24 | #7379,

25 |     Defendants.                                 /

26

27

28

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff ROBERT
3  DODSON, and defendant, **PK I SOUTHPOINTE PLAZA LP and KIMCO REALTY**
4  **CORPORATION, and** pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that
5  the Court dismiss the above-entitled action, with prejudice, **as to defendant PK I**
6  **SOUTHPOINTE PLAZA LP and KIMCO REALTY CORPORATION *only*.**

7  Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint
8  and claims in the above-referenced case against defendants other than defendant PK I
9  SOUTHPOINTE PLAZA LP and KIMCO REALTY CORPORATION.

12  Dated: July 14, 2009           DISABLED ADVOCACY GROUP, APLC

14              *s/s Lynn Hubbard, III*
15              LYNN HUBBARD, III
                Attorney for Plaintiff Robert Dodson

17  Dated: July 14, 2009           GORDEE, NOWICKI & ARNOLD LLP

19              *s/s Alan J. Gordee*
20              ALAN J. GORDEE
                Attorney for Defendants PK I Southpointe Plaza
21              LP and Kimco Realty Corporation

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-08-cv-02915-FCD-GGH, is hereby dismissed with prejudice **as to PK I SOUTHPOINTE PLAZA LP and KIMCO REALTY CORPORATION only.**

Dated: July 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE